853 A.2d 1012

COMMONWEALTH of Pennsylvania, Respondent,

v.

William T. O'BERG, Petitioner.

Supreme Court of Pennsylvania.

June 29, 2004.

### ORDER

PER CURIAM.

AND NOW, this 29th day of June, 2004, the petition for allowance of appeal is granted limited to the issue of whether this Court's decision in *Commonwealth v. Grant*, 572 Pa. 48, 813 A.2d 726 (2002) applies to the instant case.